IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:10CR229 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| CHRISTOPHER WILLIAM ANZALONE | ) | |
| _____ | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and The Vanguard Group:

A judgment was entered on May 12, 2010, in the United States District Court of New Jersey, case number 1:09-00844-001 (RMB), which has been judicially transferred to the Western District of North Carolina, case number 3:10CR229, in favor of the United States of America and against the defendant, Christopher William Anzalone, whose last known address is XXXXXXXXXXXX, Charlotte, NC 28273, in the sum of $100,100.00. The balance on the account as of December 21, 2010, is $74,850.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and The Vanguard Group is commanded to **turn over property** in which the defendant, Christopher William Anzalone, has a substantial nonexempt interest, the said property being funds located in The Vanguard Group accounts including, but not limited to, account number XXXXXX in the name of Christopher William Anzalone, at the following address: The Vanguard Group, 455 Devon Park Drive, Wayne, PA 19087.

Signed: January 25, 2011

David C. Keesler
United States Magistrate Judge