IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CASE NO. DNCW3:10CR229 |
| ) | (Financial Litigation Unit) |
| CHRISTOPHER WILLIAM ANZALONE, ) | |
| ) | |
| and ) | |
| ) | |
| VANGUARD GROUP. ) | |

**DISMISSAL OF WRIT OF EXECUTION**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Execution filed January 25, 2011 (Docket No. 4) in this case against the defendant, Christopher William Anzalone, is **DISMISSED**.

Signed: August 23, 2011

David C. Keesler
United States Magistrate Judge